1    Martha G. Bronitsky

Chapter 13 Standing Trustee

2    6140 Stoneridge Mall Rd #250

Pleasanton,CA 94588-4588

3    (925) 621- 1900

The following constitutes
the order of the court. Signed December 23, 2013

4    Trustee for Debtor(s)

5

*M. Elaine Hammond*

6    **M. Elaine Hammond**
     **U.S. Bankruptcy Judge**

7

8

9          UNITED STATES BANKRUPTCY COURT
           NORTHERN DISTRICT OF CALIFORNIA

10

11   In Re

     William Allen Durante

     Patricia Mae Durante

| | |
|---|---|
| In Re | Chapter 13 Case Number: |
|    William Allen Durante | 08-46100-MEH13 |
|    Patricia Mae Durante | |
| | In Proceedings Under |
| | Chapter 13 of the |
| Debtor(s) | Bankruptcy Code |

**ORDER DISCHARGING CHAPTER 13 TRUSTEE**
**AND FINAL DECREE**

    The Chapter 13 Plan of the debtor(s) having been fully performed, and the estate of the

above-named debtor(s) having been fully administered,

  IT IS ORDERED AS FOLLOWS:

    The Final Account of Martha G. Bronitsky, Chapter 13 Standing Trustee is approved,

she is discharged as Trustee after having fully performed her duties, and her bond is

cancelled.

                 END OF ORDER

COURT SERVICE LIST

William Allen Durante
Patricia Mae Durante
1911 Sharpe Ave
Walnut Creek,CA 94596

(Debtor(s))

Patrick L Forte Atty
1 Kaiser Plaza #480
Oakland,CA 94612

(Counsel for Debtor)