```
1  PATRICK L. FORTE, #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE
   One Kaiser Plaza, #480
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354

5  Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-46100 MEH |
| **WILLIAM ALLEN DURANTE and PATRICIA MAE DURANTE,** | Chapter 13 |
| Debtors. | **EX-PARTE MOTION TO SET ASIDE ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE** |
| _____/ | |

Counsel for William Allen Durante & Patricia Mae Durante, Debtors herein, move the Court for an Order to Set Aside Order Discharging Chapter 13 Trustee & Final Decree, docket #42, to allow the Chapter 13 Trustee to enter a discharge for both debtors.

WHEREFORE, Debtors request the court set aside the Order Discharging Chapter 13 Trustee & Final Decree.

Dated: October 9, 2014        /s/ Patrick L. Forte
                              PATRICK L. FORTE
                              Attorney for Debtors

Page 1 of 1

Case: 08-46100   Doc# 54   Filed: 10/09/14   Entered: 10/09/14 16:17:25   Page 1 of 1