PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes
the order of the court. Signed October 13, 2014

_____
M. Elaine Hammond
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No: 08-46100 MEH |
| **WILLIAM ALLEN DURANTE and PATRICIA MAE DURANTE,** | Chapter 13 |
| Debtors. | ORDER SETTING ASIDE ORDER DISCHARGING CHAPTER 13 TRUSTEE AND FINAL DECREE |
| _____/ | |

The Court having considered the Debtors' Ex-Parte Motion to Set Aside Order Discharging Chapter 13 Trustee and Final Decree, and good cause appearing;

**IT IS ORDERED** that the Order Discharging Chapter 13 Trustee and Final Decree be set aside.

***END OF ORDER***

**<u>COURT SERVICE LIST</u>**

'No physical service required'